# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | | |
|---|---|---|
| LISA GOODMAN, | ) | Judge Hala Y. Jarbou |
| | ) | |
| Plaintiff, | ) | Case No.:  1:20-cv-01000 |
| | ) | |
| v. | ) | Magistrate Judge Sally J. Berens |
| | ) | |
| CREDENCE RESOURCE MANAGEMENT, LLC, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Based on the stipulation of the parties, Plaintiff, Lisa Goodman and Defendant, Credence Resource Management, LLC, filed herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the above- entitled action is dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Dated: June 3, 2021

Entered:

 /s/ Hala Y. Jarbou_____
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE